UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>             Plaintiff,<br><br>     v.<br><br>ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #1021; BW WOODLAND, LLC; ALAMO GROUP IV, LLC; DRT INVESTORS, LLC; W.C. INVESTORS, LLC,<br><br>             Defendant. | No.  2:14-cv-01014-GEB-AC<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

        Plaintiff filed a "Notice of Settlement" on July 10, 2014, in which she states: "the aforementioned matter . . . has been resolved. The parties anticipate filing a Stipulation for Dismissal within eight weeks." (Notice of Settlement, ECF No. 9.)

        Therefore, a dispositional document shall be filed no later than September 5, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the Status Conference scheduled for hearing on August 4, 2014, is continued to commence at 9:00 a.m. on October 27, 2014, in the event no dispositional document is filed, or if

1

this action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  July 11, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).